1  Curtis E. Allen, Esq., SBN 187748
2  George S. Khoury, Esq., SBN 269738 (Of Counsel)
   LAW OFFICE OF CURTIS ALLEN
3  303 Twin Dolphin Drive, Suite 600
   Redwood City, CA 94065
4  Mobile 650 868 6620; F 650 362 1864
5  Curtis@curtisallenlaw.com

6  Attorney for Plaintiff Giovanni Guadagnini

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | Giovanni Guadagnini                 )
12 |                                     ) Case Number: 3:21-cv-01139-AGT
   |                                     )
13 |      Plaintiff(s),                  ) **STIPULATION AND ~~PROPOSED~~ ORDER**
14 |                                     ) **FOR DISMISSAL WITH PREJUDICE OF**
   |                                     ) **ENTIRE ACTION**
15 |      vs.                            )
   |                                     ) **Fed. R. Civ. P. Rule 41(a)(2)**
16 |                                     )
17 | First Washington Realty, Inc.; Safeway; )
   | Dollar Tree; GRI Fairmont, LLC; and DOES 1 )
18 | through 20, inclusive,              ) HON ALEX G. TSE
   |      Defendant(s).                  )
19 |_____)

20      All parties to the above-entitled action (collectively the "Parties"), by and through their

21 respective counsel of record, stipulate to the dismissal of the present action with prejudice

22 pursuant to Federal Rule of Civil Procedure 41(a)(2) as follows:

23      When parties to an action stipulate to the dismissal of that action pursuant to Federal Rule

24 of Civil Procedure 41(a)(2), the parties' compliance with the terms of a settlement agreement (or

25 the court's retention of jurisdiction over the settlement contract) may, in the Court's discretion, be

26 one of the terms set forth in a Court order dismissing the action. (Kokkonen v. Guardian Life Ins.

27 Co. of America, 511 U.S. 375, 381, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994).)

28

In an effort to conserve judicial resources, as well as considerable time and expense by each Party, and in order to establish certainty of outcome for all Parties, all Parties to this action have reached settlement and entered into a written settlement agreement resolving the above-captioned action (the "Settlement Agreement").

Given the above, and pursuant to the Settlement Agreement, the Parties stipulate that the Court may enter an Order dismissing this entire action pursuant to Federal Rule of Civil Procedure 41(a)(2) with prejudice, as set forth below (the "Order").  The Parties agree that the Order may contain a provision whereby the United States District Court, Northern District of California retains jurisdiction through August 31, 2024 to resolve any disputes between the Parties which may arise regarding compliance with the Settlement Agreement.  Except for retaining jurisdiction to resolve disputes regarding compliance with the Settlement Agreement, the dismissal of the present action shall be with prejudice.

The Parties believe good cause exists to enter this stipulation and for the Court to enter an Order as set forth above.  Such an Order will end litigation of the underlying action with an outcome that is certain, thus conserving judicial resources as well as considerable time and expense by each Party.  Retaining jurisdiction over the Settlement Agreement as set forth above will establish a clear and less expensive and less time-consuming path toward resolution of any disputes that may arise regarding the Settlement Agreement.  Should the Court decide not to retain jurisdiction, needless Court and Party resources will be spent filing a new action to enforce any dispute which might arise over compliance with the Settlement Agreement.

                                        Respectfully Submitted by:

                                        Law Office of Curtis Allen

October 11, 2022                            __//s_Curtis Allen_____
                                            Curtis E. Allen, Attorney for
                                            Plaintiff

| | |
|---|---|
| | Law Offices of Ronald K. Brown |
| October 11, 2022 | _//s_ Ronald K. Brown_____<br>Ronald K. Brown, Jr. Attorney for Defendant First Washington Realty, Inc., and Defendant GRI Fairmont, LLC |
| | Seyfarth Shaw LLP |
| October 11, 2022 | _//s_ Ashley Arnett_____<br>Kristina M. Launey<br>Ashley N. Arnett<br>Attorneys for<br>Defendant Safeway |
| | The Karlin Law Firm LLP |
| October 11, 2022 | _//s__Rex T. Reeves_____<br>Rex T. Reeves, Attorney for Defendant Dollar Tree Stores, Inc., A Virginia Corporation (sued herein as "Dollar Tree") |

    I, Curtis E. Allen, attest that permission to file this document through ECF has been obtained from all defense counsel listed in this document.

| | |
|---|---|
| October 11, 2022 | _//s_ Curtis Allen_____<br>Curtis E. Allen, Attorney for Plaintiff |

ORDER

Having reviewed and considered the Stipulation and Proposed Order submitted by all parties to this action (the "Parties") for the dismissal of the present action in its entirety with prejudice, the Court hereby grants the request of the Parties for the issuance of an order of dismissal and the retention of jurisdiction over this matter as set forth in the Stipulation.  The present action is hereby dismissed in its entirety pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), with prejudice, as set forth herein.  Up to but not beyond August 31, 2024, the United States District Court, Northern District of California retains jurisdiction to resolve any disputes between the Parties which may arise regarding compliance with the Settlement Agreement entered into by the Parties resolving this action.  Except for retaining jurisdiction to resolve any disputes regarding compliance with said Settlement Agreement up to but not beyond August 31, 2024, the dismissal of the present action is with prejudice.

IT IS SO ORDERED.

Dated:  October 11, 2022

ALEX G. TSE,
UNITED STATES MAGISTRATE JUDGE